UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOE SOLO, ET AL.,

    Plaintiffs,                    No. 14-12719

v.                                  District Judge Gerald E. Rosen
                                    Magistrate Judge R. Steven Whalen

UNITED PARCEL SERVICE CO.,

    Defendant.
                                   /

**AMENDED ORDER**

      The Order entered on October 3, 2016 [Doc. #68] is STRICKEN, and will be replaced with this Order.

      Defendant United Parcel Service Co. has filed a Motion to Redact portions of the Transcript from the Hearing Held on August 30, 2016 [Doc. #66]. Defendant's counsel states that at their Local Rule 7.1 conference, Plaintiffs' counsel "stated that Plaintiffs do not intend to oppose this motion, but reserve all arguments that Defendant has not satisfied the applicable standards for sealing under the law of this Circuit."

      On August 30, 2016, I granted Defendant's motion to seal the unredacted versions of declarations submitted by George Downs and Karl Wixtrom, based on Defendant's argument that portions of those declarations contained proprietary commercial information regarding Defendant's billing and operational systems. The portions of the hearing transcript that Defendant now asks to be redacted are in substance similar to the declarations that I previously ordered sealed.

Accordingly, Defendant's Motion to Redact [Doc. #66] is GRANTED, without prejudice to Plaintiffs' future right to seek relief from this or any other sealing/redaction order.

The unredacted transcript of the August 30, 2016 motion hearing [Doc. #63] will be placed under seal. An unsealed, publically viewable version will be filed with the following sections redacted:

-p. 54, third word of line 20 through line 22;

-p. 55, line 20 through line 22;

-p. 59, sixth word of line 13 through the eighth word of line 15;

-p. 60, third word of line six through the sixth word of line six;

-p. 60, third word of line 20 through p. 61, line 3.

IT IS SO ORDERED.

s/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Date: October 4, 2016

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on October 4, 2016, electronically and/or by U.S. mail.

s/Carolyn M. Ciesla
Case Manager to the
Honorable R. Steven Whalen