# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
## Southern Division

| | |
|---|---|
| JOE SOLO, et al., | Case No.: 2:14-cv-12719 |
| Plaintiffs, | Hon. Gerald E. Rosen |
| vs. | Mag. Judge R. Steven Whalen |
| UNITED PARCEL SERVICE CO., | |
| Defendant. | |

Andrew J. McGuinness (P42074)
ANDREW J. MCGUINNESS, ESQ.
122 S Main St, Suite 118
P O Box 7711
Ann Arbor, MI  48107
Phone: (734) 274-9374
drewmcg@topclasslaw.com

Paul F. Novak (P39524)
Diana Gjonaj (P74637)
MILBERG LLP
Chrysler House
719 Griswold St, Suite 620
Detroit, MI  48226
Phone: (313) 309-1760
pnovak@milberg.com
dgjonaj@milberg.com

Daniel R. Karon (*admitted*)
Beau D. Hollowell
KARON LLC
700 W St Clair Ave, Suite 200
Cleveland, OH  44113
Phone: (216) 622-1851
dkaron@karonllc.com
bhollowell@karonllc.com

*Counsel for Plaintiffs and the Proposed Class*

Paul T. Friedman
MORRISON & FOERSTER LLP
CityPoint One Ropemaker Street
London EC2Y 9AW
United Kingdom
Phone: 44 (20) 79204006
pfreidman@mofo.com

Greg B. Koltun
MORRISON & FOERSTER LLP
707 Wilshire Blvd
Los Angeles, CA  90017-3543
Phone: (213 892-5200
gkoltun@mofo.com

Caitlin Sinclaire Blythe
Ian K. Bausback
MORRISON & FOERSTER LLP
425 Market St
San Francisco, CA  94105-2482
Phone: (415) 268-7000
cblythe@mofo.com
ibausback@mofo.com

Bonnie Mayfield (P40275)
DYKEMA GOSSETT PLLC
39577 Woodward Ave, Suite 300
Bloomfield Hills, MI  48304
Phone: (248) 203-0851
bmayfield@dykema.com

*Counsel for Defendant*

## PLAINTIFFS' MOTION TO SEAL OR IN THE ALTERNATIVE STRIKE ECF NO. 85 FROM THE RECORD

Plaintiffs respectfully move to seal or the alternative strike ECF No. 85 from the record.  ECF No. 85 was filed on December 22, 2016 as a response to Defendant's Motion to Stay or Dismiss Proceedings, ECF No. 76, however the document filed under ECF No. 85 contained material which was marked confidential by Defendant UPS and was not redacted.  Accordingly, the inadvertent filing of the unredacted ECF No. 85 should be sealed in its entirety or in the alternative stricken from the record.

WHEREFORE, Plaintiffs respectfully request that the Court enter an order sealing or in the alternative striking ECF No. 85 from the record.

Dated:  December 23, 2016              Respectfully submitted,

/s/ Paul F. Novak

Paul F. Novak (P39524)
Diana Gjonaj (P74637)
MILBERG LLP
719 Griswold St., Suite 620
Detroit, MI 48226
Telephone: (313) 309-1760

Andrew J. McGuinness (P42074)
ANDREW J. MCGUINNESS, ESQ.
122 S. Main St., Suite 118
P.O. Box 7711
Ann Arbor, MI 48107
Telephone: (734) 274-9374

2

Daniel R. Karon (*admitted*)
Beau D. Hollowell
KARON LLC
700 W. St. Clair Ave., Suite 200
Cleveland, OH 44113
Telephone: (216) 622-1851

*Counsel for Plaintiffs and Proposed Class*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on the above date a copy of the foregoing was filed with the Court using the ECF system, which will send notification of such filing to all parties who have appeared through their attorneys of record.

/s/ Paul F. Novak