# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: August 20, 2019

Mr. Sanford P. Dumain
Mr. Daniel Richard Karon
Mr. Bryan Leitch
Ms. Deanne E. Maynard
Mr. Joseph R. Palmore
Mr. Andrew J. McGuinness
Ms. Elizabeth Anne McKenna
Mr. Charles Slidders
Ms. Jill Margaret Wheaton

Re: Case No. 17-2244, *Joe Solo, et al v. United Parcel Service Co.*
Originating Case No.: 2:14-cv-12719

Dear Counsel,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Briston S. Mitchell
Case Manager
Direct Dial No. 513-564-7082

cc: Mr. David J. Weaver

Enclosure

Case No. 17-2244

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

**AMENDED ORDER**

JOE SOLO; BLEACHTECH LLC, and all others similarly situated

    Plaintiffs - Appellees

v.

UNITED PARCEL SERVICE CO.

    Defendant - Appellant

Upon consideration of the motion of Mr. Bryan Leitch to withdraw as counsel for the appellant,

It is **ORDERED** that the motion be and it hereby is **GRANTED**.

**ENTERED BY ORDER OF THE COURT**
Deborah S. Hunt, Clerk

Issued: August 22, 2019

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: August 20, 2019

Mr. Sanford P. Dumain
Mr. Daniel Richard Karon
Mr. Bryan Leitch
Ms. Deanne E. Maynard
Mr. Andrew J. McGuinness
Ms. Elizabeth Anne McKenna
Mr. Joseph R. Palmore
Mr. Charles Slidders
Ms. Jill Margaret Wheaton

Re: Case No. 17-2244, *Joe Solo, et al v. United Parcel Service Co.*
Originating Case No.: 2:14-cv-12719

Dear Counsel,

The Court issued the enclosed Amended Order today in this case.

Sincerely yours,

s/Briston S. Mitchell
Case Manager
Direct Dial No. 513-564-7082

cc: Mr. David J. Weaver

Enclosure

Case No. 17-2244

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

JOE SOLO; BLEACHTECH LLC, and all others similarly situated

    Plaintiffs - Appellees

v.

UNITED PARCEL SERVICE CO.

    Defendant - Appellant

Upon consideration of the motion of Mr. Bryan Leitch to withdraw as counsel for the appellant,

It is **ORDERED** that the motion be and it hereby is **GRANTED**.

                                **ENTERED PURSUANT TO RULE 45(a),**
                                **RULES OF THE SIXTH CIRCUIT**
                                Deborah S. Hunt, Clerk

Issued: August 20, 2019