# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| JOE SOLO AND BLEACHTECH L.L.C. on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED PARCEL SERVICE CO.,<br><br>　　　　Defendants. | Case No. 14-12719<br><br>Hon. Denise Page Hood<br>Mag. R. Steven Whalen<br><br>Class Action |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Sonal Hope Mithani of the law firm of Miller, Canfield, Paddock and Stone, P.L.C. has this day entered an appearance as attorney for Defendant United Parcel Service Co. ("UPS"), in the above-referenced action.

　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　*/s/Sonal Hope Mithani*
　　　　　　　　　　　　　　　　Sonal Hope Mithani (P51984)
　　　　　　　　　　　　　　　　MILLER, CANFIELD, PADDOCK
　　　　　　　　　　　　　　　　 and STONE, P.L.C.
　　　　　　　　　　　　　　　　101 N. Main Street, 7th Floor
　　　　　　　　　　　　　　　　Ann Arbor, MI 48104
　　　　　　　　　　　　　　　　(734) 668-7786
　　　　　　　　　　　　　　　　mithani@millercanfield.com
　　　　　　　　　　　　　　　　*Attorney for Defendant*
Dated: August 26, 2019　　　　*United Parcel Service Co.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2019, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will send notification of such filing to all ECF filers of record.

By: */s/ Sonal H. Mithani*
Sonal Hope Mithani (P51984)
MILLER, CANFIELD, PADDOCK
  and STONE, P.L.C.
101 N. Main St., 7th Floor
Ann Arbor, MI 48104
(734) 668-7786
mithani@millercanfield.com