# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| JOE SOLO AND BLEACHTECH L.L.C. on behalf of themselves and all others similarly situated, | |
| Plaintiffs, | Case No. 14-12719 |
| v. | Hon. Denise Page Hood |
| | Mag. R. Steven Whalen |
| UNITED PARCEL SERVICE CO., | Class Action |
| Defendants. | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Joseph Vernon of the law firm of Miller, Canfield, Paddock and Stone, P.L.C. has this day entered an appearance as attorney for Defendant United Parcel Service Co. ("UPS"), in the above-referenced action.

Respectfully Submitted,

*/s/Joseph Vernon*
Joseph Vernon (P68951)
MILLER, CANFIELD, PADDOCK
and STONE, P.L.C.
150 West Jefferson, Suite 2500
Detroit, MI 48226
(313) 496-7669
vernon@millercanfield.com
*Attorney for Defendant*
*United Parcel Service Co.*

Dated: August 26, 2019

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2019, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will send notification of such filing to all ECF filers of record.

By: */s/ Joseph Vernon*
Joseph Vernon (P68951)
MILLER, CANFIELD, PADDOCK
 and STONE, P.L.C.
150 West Jefferson, Suite 2500
Detroit, MI 48226
(313) 496-7669
vernon@millercanfield.com