# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| JOE SOLO AND BLEACHTECH L.L.C. on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED PARCEL SERVICE CO.,<br><br>    Defendants. | Case No. 14-12719<br><br>Hon. Denise Page Hood<br>Mag. R. Steven Whalen<br><br>Class Action |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Caroline Giordano of the law firm of Miller, Canfield, Paddock and Stone, P.L.C. has this day entered an appearance as attorney for Defendant United Parcel Service Co. ("UPS"), in the above-referenced action.

        Respectfully Submitted,

        /s/Caroline Giordano
        Caroline Giordano (P76658)
        MILLER, CANFIELD, PADDOCK
        and STONE, P.L.C.
        101 N. Main Street, 7th Floor
        Ann Arbor, MI 48104
        (734) 668-7732
        giordano@millercanfield.com
        *Attorney for Defendant*
        *United Parcel Service Co.*

Dated: August 26, 2019

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2019, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will send notification of such filing to all ECF filers of record.

By: */s/ Caroline Giordano*
Caroline Giordano (P76658)
MILLER, CANFIELD, PADDOCK
 and STONE, P.L.C.
101 N. Main St., 7th Floor
Ann Arbor, MI 48104
(734) 668-7732
giordano@millercanfield.com