IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
Southern Division

JOE SOLO and BLEACHTECH LLC,
individually and on behalf of all others
similarly situated,

    Plaintiffs,
v.

UNITED PARCEL SERVICE CO.,

    Defendant.

Case No. 2:14-cv-12719

Hon. Denise Page Hood

/

Andrew J. McGuinness (P42074)
ANDREW J. MCGUINNESS, ESQ.
122 S Main St, Ste 118
P.O. Box 7711
Ann Arbor, MI 48107
Tel. (734) 274-9374
drewmcg@topclasslaw.com

Daniel R. Karon (*admitted*)
Beau D. Hollowell
KARON LLC
700 W St Clair Ave, Ste 200
Cleveland, OH 44113
Phone: (216) 622-1851
dkaron@karonllc.com
bhollowell@karonllc.com

Sanford P. Dumain (*pro hac vice*)
MILBERG PHILLIPS GROSSMAN LLP
One Pennsylvania Plaza, Ste 1920
New York, NY 10119
Phone: (212) 594-5300
sdumain@milberg.com

*Counsel for Plaintiffs and the Proposed Class*

Paul T. Friedman (*admitted*)
MORRISON & FOERSTER LLP
CityPoint One Ropemaker Street
London EC2Y 9AW
United Kingdom
Phone: 44 (20) 79204006
pfreidman@mofo.com

Gregory B. Koltun (*admitted*)
MORRISON & FOERSTER LLP
707 Wilshire Blvd
Los Angeles, CA 90017-3543
Phone: (213) 892-5200
gkoltun@mofo.com

Caitlin Sinclaire Blythe (*admitted*)
MORRISON & FOERSTER LLP
425 Market St
San Francisco, CA 94105-2482
Phone: (415) 268-7000
cblythe@mofo.com

Sonal Hope Mithani (P51984)
Joseph Vernon (P68951)
Caroline Giordano (P76658)
MILLER, CANFIELD, PADDOCK & STONE, PLC
150 W Jefferson, Ste 2500
Detroit, MI 48226
Phone: (313) 496-7669

*Counsel* for *Defendant*

/

AGREED ORDER STAYING PROCEEDINGS PENDING MEDIATION

WHEREAS, on March 10, 2020, the United States Court of Appeals for the Sixth Circuit issued its mandate in Case No. 17-2244, an appeal of this Court's arbitration ruling in this action, pursuant to its disposition of that appeal filed January 23, 2020; and

WHEREAS Plaintiffs and Defendants have scheduled a mediation at JAMS/Detroit (Hon. Gerald H. Rosen (ret.)), on April 15, 2020; and

WHEREAS the Parties jointly request that all proceedings in this action be temporarily stayed pending ongoing mediation negotiations;

NOW, THEREFORE, it is hereby ORDERED that all proceedings in this action are STAYED through May 14, 2020, unless otherwise ordered by this Court. The Court's March 11, 2020, Order Setting Dates (ECF No. 134) is hereby VACATED. The Parties shall keep the Court advised of the status of their mediation efforts.

Dated:      March 12, 2020

STIPULATED AND AGREED:

/s/ *Andrew J. McGuinness*  
Andrew J. McGuinness (P42074)  
Counsel for Plaintiffs

/s/*Gregory B. Koltun /by AJM w/permission*  
Gregory B. Koltun (*admitted*)  
Counsel for Defendant

SO ORDERED.

_____  
Denise Page Hood  
Chief District Judge