UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Joe Solo, et al.,

                Plaintiff(s),

v.                                                Case No. 2:14–cv–12719–DPH–RSW
                                                  Hon. Denise Page Hood

United Parcel Service Co.,

                Defendant(s),

**NOTICE TO APPEAR**

    You are hereby notified to appear before District Judge Denise Page Hood at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 709, Detroit, Michigan, for the following proceeding(s):

- STATUS CONFERENCE:  June 8, 2020 at 04:00 PM

**Certificate of Service**

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                                       By: s/L. Saulsberry
                                                                           Case Manager

Dated:  March 13, 2020