IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
Southern Division

JOE SOLO and BLEACHTECH LLC,
individually and on behalf of all others
similarly situated,

     Plaintiffs,

v.

UNITED PARCEL SERVICE CO.,

     Defendant.

_____/

Case No. 2:14-cv-12719

Hon. Denise Page Hood

Andrew J. McGuinness (P42074)
ANDREW J. MCGUINNESS, ESQ.
122 S Main St, Ste 118
P.O. Box 7711
Ann Arbor, MI  48107
Tel. (734) 274-9374
drewmcg@topclasslaw.com

Daniel R. Karon (*admitted*)
Beau D. Hollowell
KARON LLC
700 W St Clair Ave, Ste 200
Cleveland, OH  44113
Phone: (216) 622-1851
dkaron@karonllc.com
bhollowell@karonllc.com

Sanford P. Dumain (*pro hac vice*)
MILBERG PHILLIPS GROSSMAN LLP
One Pennsylvania Plaza, Ste 1920
New York, NY  10119
Phone: (212) 594-5300
sdumain@milberg.com

*Counsel for Plaintiffs and the Proposed Class*

Paul T. Friedman (*admitted*)
MORRISON & FOERSTER LLP
CityPoint One Ropemaker Street
London EC2Y 9AW
United Kingdom
Phone: 44 (20) 79204006
pfreidman@mofo.com

Gregory B. Koltun (*admitted*)
MORRISON & FOERSTER LLP
707 Wilshire Blvd
Los Angeles, CA  90017-3543
Phone: (213) 892-5200
gkoltun@mofo.com

Caitlin Sinclaire Blythe (*admitted*)
MORRISON & FOERSTER LLP
425 Market St
San Francisco, CA  94105-2482
Phone: (415) 268-7000
cblythe@mofo.com

Sonal Hope Mithani (P51984)
Joseph Vernon (P68951)
Caroline Giordano (P76658)
MILLER, CANFIELD, PADDOCK & STONE, PLC
150 W Jefferson, Ste 2500
Detroit, MI  48226
Phone: (313) 496-7669

*Counsel* for *Defendant*

_____/

AMENDED AGREED ORDER STAYING PROCEEDINGS PENDING MEDIATION

WHEREAS this Court previously entered its order staying proceedings in this action through May 14, 2020, premised on a previously-scheduled mediation to have been held in Detroit, Michigan, on April 15, 2020 (ECF #135); and

WHEREAS this Court had previously ordered a status conference to be held June 8, 2020 (ECF #136); and

WHEREAS the State of Michigan declared a state of emergency, and its governor has issued stay-at-home orders for nonessential services through May 28, 2020, preventing the April 15 mediation from taking place; and

WHEREAS the parties recently have rescheduled a mediation at JAMS/Detroit, with the Hon. Gerald E. Rosen (ret.), for June 26, 2020; and

WHEREAS the Parties jointly request that all proceedings in this action be temporarily stayed pending ongoing mediation negotiations, and the Court being fully advised in the premises;

NOW, THEREFORE, it is hereby ORDERED that:

- all proceedings in this action are STAYED through July 10, 2020, unless otherwise ordered by this Court;

- the previously-scheduled June 8, 2020, status is CANCELLED, and will be rescheduled by further order of the Court; and

- the Parties shall keep the Court advised of the status of their mediation efforts, directly and/or through the mediator.

Dated:     May 11, 2020

STIPULATED AND AGREED:

/s/ *Andrew J. McGuinness*          /s/*Gregory B. Koltun /by AJM w/permission*

Andrew J. McGuinness (P42074)     Gregory B. Koltun (*admitted*)
Counsel for Plaintiffs             Counsel for Defendant

                      SO ORDERED.

Dated: May 13, 2020

                      s/Denise Page Hood
                      Denise Page Hood
                      Chief District Judge