IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
Southern Division

JOE SOLO and BLEACHTECH LLC,
individually and on behalf of all others
similarly situated,

    Plaintiffs,

v.

UNITED PARCEL SERVICE CO.,

    Defendant.

Case No. 2:14-cv-12719

Hon. Denise Page Hood

_____/

Andrew J. McGuinness (P42074)
ANDREW J. MCGUINNESS, ESQ.
122 S Main St, Ste 118
P.O. Box 7711
Ann Arbor, MI 48107
Tel. (734) 274-9374
drewmcg@topclasslaw.com

Daniel R. Karon (*admitted*)
Beau D. Hollowell
KARON LLC
700 W St Clair Ave, Ste 200
Cleveland, OH 44113
Phone: (216) 622-1851
dkaron@karonllc.com
bhollowell@karonllc.com

Sanford P. Dumain (*admitted*)
MILBERG PHILLIPS GROSSMAN LLP
One Pennsylvania Plaza, Ste 1920
New York, NY 10119
Phone: (212) 594-5300
sdumain@milberg.com

*Counsel for Plaintiffs and the Proposed Class*

Gregory B. Koltun (*admitted*)
MORRISON & FOERSTER LLP
707 Wilshire Blvd
Los Angeles, CA 90017-3543
Phone: (213) 892-5200
gkoltun@mofo.com

Caitlin Sinclaire Blythe (*admitted*)
MORRISON & FOERSTER LLP
425 Market St
San Francisco, CA 94105-2482
Phone: (415) 268-7000
cblythe@mofo.com

Sonal Hope Mithani (P51984)
Joseph Vernon (P68951)
Caroline Giordano (P76658)
MILLER, CANFIELD, PADDOCK & STONE, PLC
101 North Main Street, 7th Floor
Ann Arbor, MI 48104
Phone: (734) 668-7786
mithani@millercanfield.com

*Counsel* for *Defendant*

_____/

AMENDED AGREED SCHEDULING ORDER

    WHEREAS counsel for the parties have advised the Court that they have

reached an agreement in principle to settle this action on a class basis; and

WHEREAS counsel has advised the Court that certain preliminary steps are necessary before they can negotiate a definitive settlement agreement, and for class counsel to draft and file a motion to certify a settlement class and to preliminarily approve a class settlement, and the Court being fully advised in the premises;

NOW, THEREFORE, it is hereby ORDERED that:

- Plaintiffs shall serve on Defendant confirmatory discovery requests no later than November 13, 2020, and Defendant shall respond to same no later than December 10, 2020;

- Plaintiffs shall file an Agreed Order for Leave to Amend Complaint, or any Motion for Leave to Amended Complaint, no later than December 11, 2020;

- The parties shall submit a joint status report to chambers no later than December 11, 2020; and

- The Court will issue a further scheduling order on or after December 18, 2020; and

- the Parties shall continue to keep the Court generally advised of the status of their progress, directly and/or through the mediator.

IT IS SO ORDERED.

November 12, 2020

s/Denise Page Hood
Denise Page Hood
Chief District Judge

2

STIPULATED AND AGREED:

| | |
|---|---|
| /s/  *Andrew J. McGuinness* | /s/ *Gregory Koltun /by AJM with permission* |
| Andrew J. McGuinness (P42074) | Gregory B. Koltun (*admitted*) |
| Counsel for Plaintiffs | Counsel for Defendant |

Dated: November 10, 2020