IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
Southern Division

BLEACHTECH LLC, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

UNITED PARCEL SERVICE CO.,

    Defendant.

_____/

Case No. 2:14-cv-12719

Hon. Denise Page Hood

Andrew J. McGuinness (P42074)
ANDREW J. MCGUINNESS, ESQ.
122 S Main St, Ste 118
P.O. Box 7711
Ann Arbor, MI  48107
Tel. (734) 274-9374
drewmcg@topclasslaw.com

Daniel R. Karon (*admitted*)
KARON LLC
700 W St Clair Ave, Ste 200
Cleveland, OH  44113
Phone: (216) 622-1851
dkaron@karonllc.com

Sanford P. Dumain (*admitted*)
MILBERG PHILLIPS GROSSMAN LLP
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Phone: (212) 594-5300
sdumain@milberg.com

*Counsel for Plaintiffs and the Class*

Gregory B. Koltun (*admitted*)
Erin P Lupfer
MORRISON & FOERSTER LLP
707 Wilshire Blvd
Los Angeles, CA  90017-3543
Phone: (213) 892-5200
gkoltun@mofo.com
elupfer@mofo.com

Caitlin Sinclaire Blythe (*admitted*)
MORRISON & FOERSTER LLP
425 Market St
San Francisco, CA  94105-2482
Phone: (415) 268-7000
cblythe@mofo.com

Sonal Hope Mithani (P51984)
MILLER, CANFIELD, PADDOCK & STONE, PLC
150 W Jefferson, Ste 2500
Detroit, MI  48226
Phone: (313) 496-7669
mithani@millercanfield.com

*Counsel* for *Defendant*

_____/

STIPULATED ORDER STAYING DISTRIBUTION PLAN

WHEREAS on July 20, 2022, this Court entered its Final Approval Order approving the parties' Amended Class Action Settlement Agreement (ECF No. 155), which documents contain detailed plans for distribution of the Net Settlement

Fund to class members ("Distribution Plan"); and

WHEREAS counsel has advised the Court that, based on recently obtained distribution data, Class Counsel believes it is in the best interest of the Class to modify the original Distribution Plan, as set forth in the Final Approval Order and the Amended Class Action Settlement Agreement; and

WHEREAS, the Court is advised that upcoming distribution deadlines may result in significant foreseeable waste of Net Settlement Proceeds, and

WHEREAS, Class Counsel anticipates that they will shortly file a Motion to Modify Distribution Plan, which they expect will be unopposed by Defendant, and the Court being fully advised in the premises;

NOW, THEREFORE, it is hereby ORDERED that:

- The Distribution Plan and schedule reflected in the Final Approval Order and Amended Class Action Settlement Agreement is hereby STAYED, pending further order of this Court;

- The Settlement Administrator, Epiq Class Action & Claims Solutions, Inc., shall suspend any and all distribution of settlement proceeds to class members via checks (bank drafts) that were to be mailed to class members under the Distribution Plan, pending further order of this Court;

- Plaintiff shall file a Motion to Amend Distribution Plan by October 14, 2022, and indicate in said motion whether or not it is opposed;

- Promptly after its filing, the Settlement Administrator shall post a copy of any Motion to Amend Distribution Plan to the Settlement Website, and post any additional notifications to the Settlement Website it deems appropriate in light of this Agreed Order; and

- Class Counsel shall continue to keep the Court generally advised of the status of significant developments in the implementation of the settlement, including the eventual completion thereof pursuant to any modified distribution plan.

SO ORDERED.

Dated: October 11, 2022           s/Denise Page Hood
                                  Denise Page Hood
                                  United States District Judge

STIPULATED AND AGREED:

/s/ Andrew J. McGuinness                    /s/ Gregory B. Koltun (by AJM, w/permission)
Andrew J. McGuinness (P42074)               Gregory B. Koltun (*admitted*)
Counsel for Plaintiffs                      Counsel for Defendant

3